# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **AINSTEIN AI, INC.,** | ) | |
| | ) | |
| | ) | Case No: |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| **ADAC PLASTICS, INC.** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Ainstein AI, Inc. ("Ainstein") makes the following disclosures:

1.      Ainstein's corporate parent is Beijing Muniulinghang Technology Co., Ltd.

2.      Ainstein has no owner of 10% or more of its stock that is a publically traded company.

Dated:  April 18, 2023                    Respectfully submitted,

                                        */s/ Sean W. Colligan*
                                        Sean W. Colligan, Kan. Bar # 25727
                                        Renee E. Henson, Kan. Bar # 28493
                                        STINSON LLP
                                        1201 Walnut Street, Suite 2900
                                        Kansas City, MO 64106-2150
                                        Tel: (816) 691-3384
                                        sean.colligan@stinson.com
                                        renee.henson@stinson.com

CORE/3502457.0004/181563353.1